```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 05671
   AKINWUMI O FAWIBE
   NINNA L FAWIBE                           CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-1179    SSN XXX-XX-5028

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/17/2006 and was confirmed 08/17/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/19/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
EMC MORTGAGE               CURRENT MORTG        .00           .00          .00
EMC MORTGAGE               MORTGAGE ARRE   28043.20           .00      5682.90
EMC MORTGAGE CORP          NOTICE ONLY    NOT FILED           .00          .00
500 FAST CASH              UNSECURED      NOT FILED           .00          .00
ADT SECURITY SYSTEMS       UNSECURED      NOT FILED           .00          .00
AMERICAN FAMILY INSURANC   UNSECURED      NOT FILED           .00          .00
ASPIRE                     UNSECURED      NOT FILED           .00          .00
PARAGONWAY                 NOTICE ONLY    NOT FILED           .00          .00
ASSOC ST JAMES RADIOLOGI   UNSECURED      NOT FILED           .00          .00
TRUE LOGIC FINANCIAL COR   UNSECURED         259.13           .00          .00
ALLIED INTERSTATE          NOTICE ONLY    NOT FILED           .00          .00
BALLYS TOTAL FITNESS       UNSECURED      NOT FILED           .00          .00
BANK ONE                   UNSECURED      NOT FILED           .00          .00
FDS BANK - BLOOMINGDALES   UNSECURED         457.78           .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED         538.57           .00          .00
NATIONAL ACTION FINANCIA   NOTICE ONLY    NOT FILED           .00          .00
PLAZA ASSOCIATES           NOTICE ONLY    NOT FILED           .00          .00
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00          .00
FMS INC                    NOTICE ONLY    NOT FILED           .00          .00
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00          .00
BLITT & GAINES             NOTICE ONLY    NOT FILED           .00          .00
CAPITAL ONE                UNSECURED        1285.37           .00        15.17
ASSOCIATED RECOVERY SYST   NOTICE ONLY    NOT FILED           .00          .00
CAPITAL ONE BANK           UNSECURED      NOT FILED           .00          .00
CAPITAL MANAGEMENT SERVI   NOTICE ONLY    NOT FILED           .00          .00
CAPITAL ONE                UNSECURED        1458.32           .00        17.21
CAPITAL ONE                UNSECURED        3272.62           .00        38.63
CBUSA SEARS                UNSECURED      NOT FILED           .00          .00
CITY OF CHICAGO PARKING    UNSECURED        2380.00           .00        28.09
COMCAST                    UNSECURED      NOT FILED           .00          .00
NATIONAL CAPITAL MGMT LL   UNSECURED        5954.04           .00        70.28
CONSECO FINANCE            UNSECURED      NOT FILED           .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05671 AKINWUMI O FAWIBE & NINNA L FAWIBE
```

```
JAMES CAMINO MD             UNSECURED       NOT FILED              .00             .00
THOMAS JOLAS PC             NOTICE ONLY     NOT FILED              .00             .00
EMERGE FNBO                 UNSECURED       NOT FILED              .00             .00
EMERGENCY CARE HEALTH OR    UNSECURED       NOT FILED              .00             .00
EXCEL EMERGENCY CARE        UNSECURED       NOT FILED              .00             .00
FASHION BUG/SOANB           UNSECURED       NOT FILED              .00             .00
GEMB                        UNSECURED       NOT FILED              .00             .00
ARROW FINANCIAL SERVICES    NOTICE ONLY     NOT FILED              .00             .00
JC PENNY                    UNSECURED          591.94              .00             .00
BLATT HASENMILLER LEIBSK    NOTICE ONLY     NOT FILED              .00             .00
ECAST SETTLEMENT CORP       UNSECURED         7917.96              .00           93.46
HFC USA                     UNSECURED       NOT FILED              .00             .00
HOMEMAKERS REMODELING IN    NOTICE ONLY     NOT FILED              .00             .00
GE CAPITAL CONSUMER CARD    NOTICE ONLY     NOT FILED              .00             .00
HSBC NV                     UNSECURED       NOT FILED              .00             .00
ICE MOUNTAIN WATER          UNSECURED       NOT FILED              .00             .00
INGALLS HOSPITAL            UNSECURED       NOT FILED              .00             .00
AUTO CLUB INSURANCE ASSO    UNSECURED         3471.03              .00             .00
SHARPS & ASSOCIATES PCS     NOTICE ONLY     NOT FILED              .00             .00
NATIONAL INFORMATION CEN    UNSECURED       NOT FILED              .00             .00
NICOR GAS                   UNSECURED         4520.09              .00           53.36
NICOR GAS                   UNSECURED       NOT FILED              .00             .00
OPTION ONE MORTGAGE         UNSECURED       NOT FILED              .00             .00
ORCHARD BANK                UNSECURED       NOT FILED              .00             .00
PRONGER SMITH MEDICAL AS    UNSECURED       NOT FILED              .00             .00
PROVIDIAN NATIONAL BANK     UNSECURED       NOT FILED              .00             .00
ROGERS & HOLLAND            UNSECURED       NOT FILED              .00             .00
SOUTH SUBURBAN HOSPITAL     UNSECURED       NOT FILED              .00             .00
SPIEGEL                     UNSECURED       NOT FILED              .00             .00
ST JAMES HOSPITAL           UNSECURED       NOT FILED              .00             .00
EMERGENCY CARE HEALTH OR    NOTICE ONLY     NOT FILED              .00             .00
SUBURBAN EMER PHYS GROUP    UNSECURED       NOT FILED              .00             .00
TCF BANK                    UNSECURED       NOT FILED              .00             .00
UNITED PUBLISHERS SERVIC    UNSECURED       NOT FILED              .00             .00
UPLAND MORTGAGE             UNSECURED       NOT FILED              .00             .00
MILLER COFFEY TATE LLP      NOTICE ONLY     NOT FILED              .00             .00
US CELLULAR                 UNSECURED       NOT FILED              .00             .00
VILLAGE OF MIDLOTHIAN       UNSECURED          215.00              .00             .00
PROVIDIAN NATIONAL BANK     UNSECURED       NOT FILED              .00             .00
BLATT HASENMILLER LEIBSK    NOTICE ONLY     NOT FILED              .00             .00
VAN RU CREDIT CORPORATIO    NOTICE ONLY     NOT FILED              .00             .00
ROUNDUP FUNDING LLC         UNSECURED         2222.82              .00           26.24
GERALD E MOORE & ASSOC      NOTICE ONLY     NOT FILED              .00             .00
ROUNDUP FUNDING LLC         UNSECURED          455.85              .00             .00
B-LINE LLC                  UNSECURED          390.89              .00             .00
ZALUTSKY & PINSKI LTD       REIMBURSEMENT      154.00              .00          154.00
ZALUTSKY & PINSKI LTD       DEBTOR ATTY       3,000.00                         3,000.00
TOM VAUGHN                  TRUSTEE                                              561.41
DEBTOR REFUND               REFUND                                               200.00

                    PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 05671 AKINWUMI O FAWIBE & NINNA L FAWIBE
```

```
     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                9,940.75

PRIORITY                                         154.00
SECURED                                        5,682.90
UNSECURED                                        342.44
ADMINISTRATIVE                                 3,000.00
TRUSTEE COMPENSATION                             561.41
DEBTOR REFUND                                    200.00
                      ---------------    ---------------
TOTALS                 9,940.75                9,940.75
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 09/25/08             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE